# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CHRISTOPHER KEITH MORPHIS                                         PLAINTIFF

V.                        NO: 4:08CV00591 JMM/HDY

SALINE COUNTY
DETENTION FACILITY                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Saline County Detention Facility are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

DATED this __5__ day of August, 2008.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE