## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CHRISTOPHER KEITH MORPHIS            PLAINTIFF

V.            NO: 4:08CV00591 JMM

SALINE COUNTY
DETENTION FACILITY *et al.*            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motions for summary judgment filed by Defendants Dru Reed, Hugh Gentry, C.M. Westbrook, Christy Lobbs, Dominick Maragoni, and Erika Jones (docket entry #74), and Monty Wilson (docket entry #77) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court CERTIFIES that an *in forma pauperis* appeal from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __16__ day of October, 2009.

                           _____
                           UNITED STATES DISTRICT JUDGE