**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CHRISTOPHER KEITH MORPHIS                                                                PLAINTIFF

V.                                            NO: 4:08CV00591 JMM

SALINE COUNTY
DETENTION FACILITY *et al.*                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  16   day of October, 2009.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE